✎ AO 121 (6/90)

| TO:<br><br>**Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, D.C. 20559** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |
|---|---|

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| DOCKET NO.    DATE FILED | U.S. District Court, Northern District of Indiana<br>Lafayette Division<br>230 N. Fourth Street, Lafayette, IN 47901 |

4:13CV026

| PLAINTIFF<br>Malibu Media, LLC | DEFENDANT<br>John Doe subscriber assigned IP address<br>98.222.193.219 |
|---|---|

| COPYRIGHT<br>REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 PA0001822653 | A Little Rain Must Fall | Malibu Media, LLC |
| 2 PA0001800471 | Casual Affair | Malibu Media, LLC |
| 3 PA0001825722 | Deep Longing | Malibu Media, LLC |
| 4 PA0001800473 | Farewell | Malibu Media, LLC |
| 5 See attachment | See attachment | See attachment |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY ☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading | |
|---|---|---|
| COPYRIGHT<br>REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below.  A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order    ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes    ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

DISTRIBUTION:
    1) Upon initiation of action,      2) Upon filing of document adding copyright(s),      3) Upon termination of action,
       mail copy to Register of Copyrights       mail copy to Register of Copyrights        mail copy to Register of Copyrights
    4) In the event of an appeal, forward copy to Appellate Court      5) Case File Copy

**CONTINUATION OF DOCUMENT AO-121**

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 5. PA0001806476 | First Love | Malibu Media, LLC |
| 6. PENDING | I Love X Art | Malibu Media, LLC |
| 7. PA0001817756 | Inside Perfection | Malibu Media, LLC |
| 8. PENDING | Late for Work | Malibu Media, LLC |
| 9. PA0001819290 | Naughty and Nice | Malibu Media, LLC |
| 10. PENDING | Out of This World | Malibu Media, LLC |
| 11. PA0001805262 | Perfect Together | Malibu Media, LLC |
| 12. PA0001775909 | Silvie Eufrat Strip Poker | Malibu Media, LLC |
| 13. PA0001800353 | Sunday Afternoon | Malibu Media, LLC |
| 14. PA0001802603 | This Side of Paradise | Malibu Media, LLC |
| 15. PA0001808630 | Three for the Show | Malibu Media, LLC |
| 16. PA0001822651 | Yoga Master and Student | Malibu Media, LLC |

1

NIN35